# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00063-PMP-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| LELAND JONES, | |
| Defendant. | |

On May 14, 2013, the Court entered an Order (Doc. #129) granting the Motion of Defendant Jones for Grand Jury Records (Doc. 117) to the limited extent that the Government be required to submit to the Court, for *In Camera* review, the records of the Special Grand Jury which returned the Indictment in this case on February 28, 2012, to enable the Court to confirm that the requisite number of Grand Jurors present concurred on the return of the Indictment.

On May 22, 2013, Plaintiff United States complied with this Court's Order and submitted the Grand Jury Records at issue (Doc. #133). The Court has reviewed, *In Camera*, the Grand Jury Records establishing that all twenty Grand Jurors present concurred in the vote to return the Indictment in this case.

**IT IS THEREFORE ORDERED** that the request for discovery set forth in Defendant Jones' First Motion to Unseal Grand Jury Records (Doc. #117), and this Court's Order (Doc. #129) are hereby deemed satisfied.

Dated: May 29, 2013.

_____
PHILIP M. PRO
United States District Judge