# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00063-PMP-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| LELAND JONES, | |
| Defendant. | |

Before the Court for consideration is Defendant Jones' fully briefed Motion to Sever (Doc. #123) filed April 24, 2013.

Having considered the arguments of counsel presented, the Court finds that Defendant Leland Jones is properly joined in the instant Indictment with co-Defendants Ross Hack and Melissa Hack, in accord with Rule 8(b) of the Federal Rules of Criminal Procedure. Although Defendant Jones' trial is undoubtedly being delayed as a result of the fact that his co-Defendants, Ross Hack and Melissa Hack, are engaged in necessary litigation regarding their eligibility for the death penalty in this case, such delay does not establish at this time a violation of Defendant Jones's right to a speedy trial under 18 U.S.C. § 3161 or the Sixth Amendment.

**IT IS THEREFORE ORDERED** that Defendant Leland Jones' Motion to Sever (Doc. #123) is **DENIED**.

Dated: May 29, 2013.

PHILIP M. PRO
United States District Judge