JAMES HARTSELL, ESQ.
Nevada Bar No. 5017
LAW OFFICES OF JAMES HARTSELL
720 S. Fourth Street, Suite 100
Las Vegas, NV 89101
(702) 384-3132
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-00063-PMP-CWH |
| Plaintiff, | |
| vs. | |
| LELAND JONES | |
| Defendant | |

## MOTION TO JOIN DEFENDANT ROSS HACK'S MOTION (C.R.189) TO USE A CASE SPECIFIC JURY QUESTIONNAIRE AND SUPPLEMENTAL FILING

COMES NOW, the Defendant, LELAND JONES, by and through his counsel, JAMES HARTSELL, ESQ., and moves this Honorable Court to allow him to join Defendant Ross Hack's Motion (C.R. 189) to Use a Case Specific Jury Questionnaire and Supplemental Filing filed on May 30, 2014.

DATED this 2nd day of June, 2014.

/s/
JAMES HARTSELL, ESQ.
Attorney for Defendant

IT IS SO ORDERED:

_____
PHILIP M. PRO, U.S. District Judge
June 4, 2014

1