UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:12-CR-00063-PMP-CWH |
| ROSS HACK, MELISSA HACK, and LELAND JONES, | ORDER |
| Defendants. | |

    IT IS ORDERED that Defendant Leland Jones's Motion to Join Defendant Ross Hack's Objections to Report and Recommendation (Doc. #274) is hereby GRANTED.

DATED: June 23, 2014

_____
PHILIP M. PRO
United States District Judge